UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY PARTNERS INC., <br><br> Petitioner, <br><br> v. <br><br> EPMI, <br><br> Respondent. | Case No. 22-mc-80037-JSC <br><br> **ORDER RE: MOTION TO COMPEL** <br> Re: Dkt. Nos. 1, 7, 8, 12 |

Petitioner Legacy Partners Inc. moves to compel Respondent EPMI to comply with a subpoena issued in a case pending in the Western District of Washington.[1] (Dkt. No. 1.)[2] Respondent is the former employer of Addie Smith, plaintiff in the underlying case against Petitioner. (Dkt. No. 1-1 ¶¶ 3, 6–7; Dkt. No. 1-2; Dkt. No. 1-4 at 3–4.) The motion to compel is GRANTED; Respondent represents that it will redact the personal health and financial information of Ms. Smith and third parties from the documents. *See* Fed. R. Civ. P. 26(b)(1) (relevant, non-privileged matter is discoverable); *see, e.g.*, *Botta v. PricewaterhouseCoopers LLP*, No. 18-cv-02615-RS (LB), 2018 WL 6257459, at *2 (N.D. Cal. Nov. 30, 2018) (collecting cases allowing discovery of employment records).

Ms. Smith filed four documents that the Court construes as her opposition, (Dkt. Nos. 7, 8, 12, 17), but they all relate to the merits of her underlying case, not whether the requested documents are relevant or privileged. Ms. Smith did not appear at the hearing on March 17, 2022. (*See* Dkt. No. 20.)

---

[1] *Smith v. Legacy Partners Inc. et al.*, No. 2:21-cv-00629 (W.D. Wash. filed May 11, 2021).
[2] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

This Order disposes of Docket Nos. 1, 7, 8, 12.

**IT IS SO ORDERED.**

Dated: March 17, 2022

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2